UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CHESTNUT, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>OGILVY HOLDINGS LLC, et al.,<br><br>    Defendants. | Case No. 24-cv-02978-DMR<br><br>**ORDER TO SHOW CAUSE** |

On September 30, 2024, the court ordered Plaintiffs to file a report regarding the status of Defendant Ogilvy Holdings LLC in this litigation, including whether it has been served with the operative complaint. [Docket No. 23.] Plaintiffs did not do so. Therefore, IT IS HEREBY ORDERED that by October 10, 2024, Plaintiffs shall submit a statement explaining why they should not be sanctioned for failing to comply with the court's September 30, 2024 Order, and shall simultaneously file a report regarding the status of Ogilvy Holdings LLC.

**IT IS SO ORDERED.**

Dated: October 8, 2024



Donna M. Ryu
Chief Magistrate Judge