1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CHESTNUT, et al., | Case No.: 4:24-cv-2978-DMR |
| Plaintiff, | **ORDER (AS MODIFIED) GRANTING JOINT STIPULATION TO EXTEND THE CASE MANAGEMENT DATES** |
| v. | |
| OGILVY HOLDINGS LLC, et al., | |
| Defendants. | |

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The Court, having considered the Joint Stipulation [ECF No. 30] filed by plaintiffs Robert Chestnut and Antionette Staniewicz ("Plaintiffs") and defendants Ogilvy Public Relations Worldwide LLC, the Ogilvy Group, LLC, Extreme Reach Payroll Solutions, Inc., Extreme Reach Production Payroll, Inc, Extreme Reach Talent Inc., and Extreme Reach Inc (collectively, the "Defendants"), through their respective counsel of record, and the Court having approved the Stipulation for good cause shown,

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:**

1. The parties shall file a status report on December 9, 2024 informing the Court of the status of settlement negotiations and how the parties wish to proceed.
2. If deemed necessary, Plaintiffs shall have until December 11, 2024, to file a Second Amended Complaint ("SAC").
3. Defendants shall have 30 days from the later of: (1) the filing of the SAC, or (2) December 11, 2024, if Plaintiffs do not amend, to file their responsive pleading to the FAC (making their response due January 10, 2025).
4. The deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan, pursuant to Fed. R. Civ. P. 26(f), is extended to December 27, 2024.
5. The deadline to file the Joint Case Management Statement is extended to January 29, 2025.
6. The deadline to make initial disclosures, pursuant to Fed. R. Civ. P. 26(a)(1), is extended to January 10, 2025.
7. The Initial Case Management Conference will be held on February 5, 2025 at 1:30 p.m. in Oakland, by Videoconference only.

1 **IT IS SO ORDERED AS MODIFIED.**

3 DATED: November 13, 2024

By: _____
Hon. Donna M. Ryu
United States Chief Magistrate
District Court Judge

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED / Judge Donna M. Ryu]*