1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ROBERT CHESTNUT, et al., | Case No.: 4:24-cv-2978-DMR |
|---|---|
| Plaintiff, | **ORDER [AS MODIFIED] GRANTING JOINT STIPULATION TO EXTEND THE CASE MANAGEMENT DATES – THIRD REQUEST** |
| v. | |
| OGILVY HOLDINGS LLC, et al., | |
| Defendants. | |

The Court, having considered the Joint Stipulation [ECF No. 34] filed by plaintiffs Robert Chestnut and Antionette Staniewicz ("Plaintiffs") and defendants Ogilvy Public Relations Worldwide LLC, the Ogilvy Group, LLC, Extreme Reach Payroll Solutions, Inc., Extreme Reach Production Payroll, Inc, Extreme Reach Talent Inc., and Extreme Reach Inc (collectively, the "Defendants"), through their respective counsel of record, and the Court having approved the Stipulation for good cause shown,

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:**

1. The parties shall file a status report on February 7, 2025 informing the Court of the status of settlement negotiations and how the parties wish to proceed.
2. If deemed necessary, Plaintiffs shall have until February 10, 2025, to file a Second Amended Complaint ("SAC").
3. Defendants shall have 30 days from the later of: (1) the filing of the SAC, or (2) February 10, 2025, if Plaintiffs do not amend, to file their responsive pleading to the FAC (making their response due March 12, 2025).
4. The deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan, pursuant to Fed. R. Civ. P. 26(f), is extended to February 25, 2025.
5. The deadline to file the Joint Case Management Statement is extended to March 12, 2025.
6. The deadline to make initial disclosures, pursuant to Fed. R. Civ. P. 26(a)(1), is extended to March 11, 2025.
7. The Initial Case Management Conference will be held on March 19, 2025 at 1:30 p.m. in Oakland, by Videoconference only.

**IT IS SO ORDERED AS MODIFIED.**

DATED: __December 10__, 2024

By: _____
Hon. Donna M. Ryu
Chief Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Donna M. Ryu]*